## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

BRIAN JANUSZ,
          **Plaintiff,**

          v.                                    **Case No. 25-cv-1883**

GRO FAMILY SERVICES, LLC,

JACQUELINE OWENS,

GREGORY OWENS
          **Defendants.**

## COMPLAINT

## JURISDICTION AND VENUE

1.      The Court has original jurisdiction over Plaintiff's FLSA claims under 28 U.S.C. § 1331. The Court has supplemental jurisdiction over Plaintiff's state-law claims under 28 U.S.C. § 1367 because those claims are part of the same case or controversy as Plaintiff's FLSA claims.

2.      Venue is proper in the United States District Court for the Eastern District of Wisconsin under 28 U.S.C. § 1391(b) because Defendants reside in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## PARTIES

3.      Plaintiff Brian Scott Janusz ("Plaintiff") is an adult resident of Milwaukee County in the State of Wisconsin.

4.     Defendant Gro Family Services LLC (hereinafter "GFS"), is a domestic limited liability company with its principal place of business at 2436 N 50th Street, Milwaukee, Wisconsin, 53210.

5.     Defendant GFS operated a residential drug and alcohol treatment facility.

6.     On information and belief, Defendant GFS does $500,000 or more in business annually.

7.     Defendant GFS's registered agent for service of process in the State of Wisconsin is Jacqueline Owens located at 2436 N 50th Street, Milwaukee, Wisconsin, 53210.

8.     Defendant Jacqueline Louise Owens (hereinafter "Jacqueline Owens") is an adult resident of Wisconsin residing at 5130 W. Courtland Avenue, Milwaukee, Wisconsin, 53218.

9.     On information and belief, Jacqueline Owens was a part owner of GFS. As such, Jacqueline Owens acted directly or indirectly in the interest of GFS in relation to Plaintiff.

10.     Defendant Gregory Owens (hereinafter "Gregory Owens") is an adult resident of Wisconsin residing at 5130 W. Courtland Avenue, Milwaukee, Wisconsin, 53218.

11.     On information and belief, Gregory Owens was a part owner of GFS. As such, Gregory Owens acted directly or indirectly in the interest of GFS in relation to Plaintiff.

2

12.     Defendant GFS, Defendant Gregory Owens, and Defendant Jacqueline Owens were joint employers of Plaintiff and will be collectively referred to herein as "Defendants."

## FACTUAL ALLEGATIONS

13.     Plaintiff was employed by Defendants as a Residential Assistant within the last two years of the filing of this complaint.

14.     Because Defendants operated a residential drug and alcohol treatment facility, Defendants operated an institution primarily engaged in the care of the sick, … the mentally ill or defective who reside on the premises of such institution.

15.     Defendants agreed to pay Plaintiff $14.00 per hour.

16.     During the workweek ending on July 13, 2024, Plaintiff worked 25 hours for Defendants.

17.     During the workweek ending on July 13, 2024, Plaintiff earned $350.00 in agreed upon wages and overtime wages.

18.     During the workweek ending on July 13, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

19.     During the workweek ending on July 13, 2024, Defendants failed to pay Plaintiff $81.25 in minimum wages.

20.     During the workweek ending on July 13, 2024, Defendants failed to pay Plaintiff $250.00 in agreed upon and overtime wages.

21.     During the workweek ending on July 20, 2024, Plaintiff worked 46.5 hours for Defendants.

3

22.     During the workweek ending on July 20, 2024, Plaintiff earned $696.50 in agreed upon wages and overtime wages.

23.     During the workweek ending on July 20, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

24.     During the workweek ending on July 20, 2024, Defendants failed to pay Plaintiff $237.13 in minimum wages.

25.     During the workweek ending on July 20, 2024, Defendants failed to pay Plaintiff $596.50 in agreed upon and overtime wages.

26.     During the workweek ending on July 27, 2024, Plaintiff worked 43.5 hours for Defendants.

27.     During the workweek ending on July 27, 2024, Plaintiff earned $633.50 in agreed upon wages and overtime wages.

28.     During the workweek ending on July 27, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

29.     During the workweek ending on July 27, 2024, Defendants failed to pay Plaintiff $215.38 in minimum wages.

30.     During the workweek ending on July 27, 2024, Defendants failed to pay Plaintiff $533.50 in agreed upon and overtime wages.

31.     During the workweek ending on August 3, 2024, Plaintiff worked 50.75 hours for Defendants.

32.     During the workweek ending on August 3, 2024, Plaintiff earned $785.75 in agreed upon wages and overtime wages.

4

33.     During the workweek ending on August 3, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

34.     During the workweek ending on August 3, 2024, Defendants failed to pay Plaintiff $267.94 in minimum wages.

35.     During the workweek ending on August 3, 2024, Defendants failed to pay Plaintiff $685.75 in agreed upon and overtime wages.

36.     During the workweek ending on August 10, 2024, Plaintiff worked 47 hours for Defendants.

37.     During the workweek ending on August 10, 2024, Plaintiff earned $707.00 in agreed upon wages and overtime wages.

38.     During the workweek ending on August 10, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

39.     During the workweek ending on August 10, 2024, Defendants failed to pay Plaintiff $240.75 in minimum wages.

40.     During the workweek ending on August 10, 2024, Defendants failed to pay Plaintiff $607.00 in agreed upon and overtime wages.

41.     During the workweek ending on August 17, 2024, Plaintiff worked 46 hours for Defendants.

42.     During the workweek ending on August 17, 2024, Plaintiff earned $686.00 in agreed upon wages and overtime wages.

43.     During the workweek ending on August 17, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

5

44.     During the workweek ending on August 17, 2024, Defendants failed to pay Plaintiff $233.50 in minimum wages.

45.     During the workweek ending on August 17, 2024, Defendants failed to pay Plaintiff $586.00 in agreed upon and overtime wages.

46.     During the workweek ending on August 24, 2024, Plaintiff worked 46.25 hours for Defendants.

47.     During the workweek ending on August 24, 2024, Plaintiff earned $691.25 in agreed upon wages and overtime wages.

48.     During the workweek ending on August 24, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

49.     During the workweek ending on August 24, 2024, Defendants failed to pay Plaintiff $235.31 in minimum wages.

50.     During the workweek ending on August 24, 2024, Defendants failed to pay Plaintiff $591.25 in agreed upon and overtime wages.

51.     During the workweek ending on August 31, 2024, Plaintiff worked 44 hours for Defendants.

52.     During the workweek ending on August 31, 2024, Plaintiff earned $644.00 in agreed upon wages and overtime wages.

53.     During the workweek ending on August 31, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

54.     During the workweek ending on August 31, 2024, Defendants failed to pay Plaintiff $219.00 in minimum wages.

6

55.     During the workweek ending on August 31, 2024, Defendants failed to pay Plaintiff $544.00 in agreed upon and overtime wages.

56.     During the workweek ending on September 7, 2024, Plaintiff worked 41.5 hours for Defendants.

57.     During the workweek ending on September 7, 2024, Plaintiff earned $591.50 in agreed upon wages and overtime wages.

58.     During the workweek ending on September 7, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

59.     During the workweek ending on September 7, 2024, Defendants failed to pay Plaintiff $200.88 in minimum wages.

60.     During the workweek ending on September 7, 2024, Defendants failed to pay Plaintiff $491.50 in agreed upon and overtime wages.

61.     During the workweek ending on September 14, 2024, Plaintiff worked 41.5 hours for Defendants.

62.     During the workweek ending on September 14, 2024, Plaintiff earned $591.50 in agreed upon wages and overtime wages.

63.     During the workweek ending on September 14, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

64.     During the workweek ending on September 14, 2024, Defendants failed to pay Plaintiff $200.88 in minimum wages.

65.     During the workweek ending on September 14, 2024, Defendants failed to pay Plaintiff $491.50 in agreed upon and overtime wages.

66.     During the workweek ending on September 21, 2024, Plaintiff worked 52 hours for Defendants.

67.     During the workweek ending on September 21, 2024, Plaintiff earned $812.00 in agreed upon wages and overtime wages.

68.     During the workweek ending on September 21, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

69.     During the workweek ending on September 21, 2024, Defendants failed to pay Plaintiff $277.00 in minimum wages.

70.     During the workweek ending on September 21, 2024, Defendants failed to pay Plaintiff $712.00 in agreed upon and overtime wages.

71.     During the workweek ending on September 28, 2024, Plaintiff worked 42.25 hours for Defendants.

72.     During the workweek ending on September 28, 2024, Plaintiff earned $607.25 in agreed upon wages and overtime wages.

73.     During the workweek ending on September 28, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

74.     During the workweek ending on September 28, 2024, Defendants failed to pay Plaintiff $206.31 in minimum wages.

75.     During the workweek ending on September 28, 2024, Defendants failed to pay Plaintiff $507.25 in agreed upon and overtime wages.

76.     During the workweek ending on October 5, 2024, Plaintiff worked 45.25 hours for Defendants.

8

77.     During the workweek ending on October 5, 2024, Plaintiff earned $670.25 in agreed upon wages and overtime wages.

78.     During the workweek ending on October 5, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

79.     During the workweek ending on October 5, 2024, Defendants failed to pay Plaintiff $228.06 in minimum wages.

80.     During the workweek ending on October 5, 2024, Defendants failed to pay Plaintiff $570.25 in agreed upon and overtime wages.

81.     During the workweek ending on October 12, 2024, Plaintiff worked 41.25 hours for Defendants.

82.     During the workweek ending on October 12, 2024, Plaintiff earned $586.25 in agreed upon wages and overtime wages.

83.     During the workweek ending on October 12, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

84.     During the workweek ending on October 12, 2024, Defendants failed to pay Plaintiff $199.06 in minimum wages.

85.     During the workweek ending on October 12, 2024, Defendants failed to pay Plaintiff $486.25 in agreed upon and overtime wages.

86.     During the workweek ending on October 19, 2024, Plaintiff worked 50 hours for Defendants.

87.     During the workweek ending on October 19, 2024, Plaintiff earned $770.00 in agreed upon wages and overtime wages.

9

88.     During the workweek ending on October 19, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

89.     During the workweek ending on October 19, 2024, Defendants failed to pay Plaintiff $262.50 in minimum wages.

90.     During the workweek ending on October 19, 2024, Defendants failed to pay Plaintiff $670.00 in agreed upon and overtime wages.

91.     During the workweek ending on October 26, 2024, Plaintiff worked 41 hours for Defendants.

92.     During the workweek ending on October 26, 2024, Plaintiff earned $581.00 in agreed upon wages and overtime wages.

93.     During the workweek ending on October 26, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $200.00.

94.     During the workweek ending on October 26, 2024, Defendants failed to pay Plaintiff $97.25 in minimum wages.

95.     During the workweek ending on October 26, 2024, Defendants failed to pay Plaintiff $381.00 in agreed upon and overtime wages.

96.     During the workweek ending on November 2, 2024, Plaintiff worked 42 hours for Defendants.

97.     During the workweek ending on November 2, 2024, Plaintiff earned $602.00 in agreed upon wages and overtime wages.

98.     During the workweek ending on November 2, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $200.00.

99.    During the workweek ending on November 2, 2024, Defendants failed to pay Plaintiff $104.50 in minimum wages.

100.    During the workweek ending on November 2, 2024, Defendants failed to pay Plaintiff $402.00 in agreed upon and overtime wages.

101.    During the workweek ending on November 9, 2024, Plaintiff worked 42.5 hours for Defendants.

102.    During the workweek ending on November 9, 2024, Plaintiff earned $612.50 in agreed upon wages and overtime wages.

103.    During the workweek ending on November 9, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

104.    During the workweek ending on November 9, 2024, Defendants failed to pay Plaintiff $208.13 in minimum wages.

105.    During the workweek ending on November 9, 2024, Defendants failed to pay Plaintiff $512.50 in agreed upon and overtime wages.

106.    During the workweek ending on November 16, 2024, Plaintiff worked 43.75 hours for Defendants.

107.    During the workweek ending on November 16, 2024, Plaintiff earned $638.75 in agreed upon wages and overtime wages.

108.    During the workweek ending on November 16, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

109.    During the workweek ending on November 16, 2024, Defendants failed to pay Plaintiff $217.19 in minimum wages.

110.     During the workweek ending on November 16, 2024, Defendants failed to pay Plaintiff $538.75 in agreed upon and overtime wages.

111.     During the workweek ending on November 23, 2024, Plaintiff worked 47.25 hours for Defendants.

112.     During the workweek ending on November 23, 2024, Plaintiff earned $712.25 in agreed upon wages and overtime wages.

113.     During the workweek ending on November 23, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

114.     During the workweek ending on November 23, 2024, Defendants failed to pay Plaintiff $192.56 in minimum wages.

115.     During the workweek ending on November 23, 2024, Defendants failed to pay Plaintiff $562.25 in agreed upon and overtime wages.

116.     During the workweek ending on November 30, 2024, Plaintiff worked 55.5 hours for Defendants.

117.     During the workweek ending on November 30, 2024, Plaintiff earned $885.50 in agreed upon wages and overtime wages.

118.     During the workweek ending on November 30, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

119.     During the workweek ending on November 30, 2024, Defendants failed to pay Plaintiff $302.38 in minimum wages.

120.     During the workweek ending on November 30, 2024, Defendants failed to pay Plaintiff $785.50 in agreed upon and overtime wages.

121.    During the workweek ending on December 7, 2024, Plaintiff worked 42.5 hours for Defendants.

122.    During the workweek ending on December 7, 2024, Plaintiff earned $612.50 in agreed upon wages and overtime wages.

123.    During the workweek ending on December 7, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

124.    During the workweek ending on December 7, 2024, Defendants failed to pay Plaintiff $208.13 in minimum wages.

125.    During the workweek ending on December 7, 2024, Defendants failed to pay Plaintiff $512.50 in agreed upon and overtime wages.

126.    During the workweek ending on December 14, 2024, Plaintiff worked 42 hours for Defendants.

127.    During the workweek ending on December 14, 2024, Plaintiff earned $602.00 in agreed upon wages and overtime wages.

128.    During the workweek ending on December 14, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

129.    During the workweek ending on December 14, 2024, Defendants failed to pay Plaintiff $204.50 in minimum wages.

130.    During the workweek ending on December 14, 2024, Defendants failed to pay Plaintiff $502.00 in agreed upon and overtime wages.

131.    During the workweek ending on December 21, 2024, Plaintiff worked 42.5 hours for Defendants.

13

132.    During the workweek ending on December 21, 2024, Plaintiff earned $612.50 in agreed upon wages and overtime wages.

133.    During the workweek ending on December 21, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

134.    During the workweek ending on December 21, 2024, Defendants failed to pay Plaintiff $208.13 in minimum wages.

135.    During the workweek ending on December 21, 2024, Defendants failed to pay Plaintiff $512.50 in agreed upon and overtime wages.

136.    During the workweek ending on December 28, 2024, Plaintiff worked 48.25 hours for Defendants.

137.    During the workweek ending on December 28, 2024, Plaintiff earned $733.25 in agreed upon wages and overtime wages.

138.    During the workweek ending on December 28, 2024, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

139.    During the workweek ending on December 28, 2024, Defendants failed to pay Plaintiff $249.81 in minimum wages.

140.    During the workweek ending on December 28, 2024, Defendants failed to pay Plaintiff $633.25 in agreed upon and overtime wages.

141.    During the workweek ending on January 4, 2025, Plaintiff worked 47 hours for Defendants.

142.    During the workweek ending on January 4, 2025, Plaintiff earned $707.00 in agreed upon wages and overtime wages.

14

143.    During the workweek ending on January 4, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

144.    During the workweek ending on January 4, 2025, Defendants failed to pay Plaintiff $240.75 in minimum wages.

145.    During the workweek ending on January 4, 2025, Defendants failed to pay Plaintiff $607.00 in agreed upon and overtime wages.

146.    During the workweek ending on January 11, 2025, Plaintiff worked 44 hours for Defendants.

147.    During the workweek ending on January 11, 2025, Plaintiff earned $644.00 in agreed upon wages and overtime wages.

148.    During the workweek ending on January 11, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

149.    During the workweek ending on January 11, 2025, Defendants failed to pay Plaintiff $219.00 in minimum wages.

150.    During the workweek ending on January 11, 2025, Defendants failed to pay Plaintiff $544.00 in agreed upon and overtime wages.

151.    During the workweek ending on January 18, 2025, Plaintiff worked 43 hours for Defendants.

152.    During the workweek ending on January 18, 2025, Plaintiff earned $623.00 in agreed upon wages and overtime wages.

153.    During the workweek ending on January 18, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

154.    During the workweek ending on January 18, 2025, Defendants failed to pay Plaintiff $211.75 in minimum wages.

155.    During the workweek ending on January 18, 2025, Defendants failed to pay Plaintiff $523.00 in agreed upon and overtime wages.

156.    During the workweek ending on January 25, 2025, Plaintiff worked 42 hours for Defendants.

157.    During the workweek ending on January 25, 2025, Plaintiff earned $602.00 in agreed upon wages and overtime wages.

158.    During the workweek ending on January 25, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $100.00.

159.    During the workweek ending on January 25, 2025, Defendants failed to pay Plaintiff $204.50 in minimum wages.

160.    During the workweek ending on January 25, 2025, Defendants failed to pay Plaintiff $502.00 in agreed upon and overtime wages.

161.    During the workweek ending on February 1, 2025, Plaintiff worked 44.5 hours for Defendants.

162.    During the workweek ending on February 1, 2025, Plaintiff earned $654.50 in agreed upon wages and overtime wages.

163.    During the workweek ending on February 1, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

164.    During the workweek ending on February 1, 2025, Defendants failed to pay Plaintiff $172.63 in minimum wages.

16

165. During the workweek ending on February 1, 2025, Defendants failed to pay Plaintiff $504.50 in agreed upon and overtime wages.

166. During the workweek ending on February 8, 2025, Plaintiff worked 43 hours for Defendants.

167. During the workweek ending on February 8, 2025, Plaintiff earned $623.00 in agreed upon wages and overtime wages.

168. During the workweek ending on February 8, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

169. During the workweek ending on February 8, 2025, Defendants failed to pay Plaintiff $161.75 in minimum wages.

170. During the workweek ending on February 8, 2025, Defendants failed to pay Plaintiff $473.00 in agreed upon and overtime wages.

171. During the workweek ending on February 22, 2025, Plaintiff worked 45 hours for Defendants.

172. During the workweek ending on February 15, 2025, Plaintiff earned $665.00 in agreed upon wages and overtime wages.

173. During the workweek ending on February 15, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

174. During the workweek ending on February 22, 2025, Defendants failed to pay Plaintiff $176.25 in minimum wages.

175. During the workweek ending on February 15, 2025, Defendants failed to pay Plaintiff $515.00 in agreed upon and overtime wages.

176. During the workweek ending on February 22, 2025, Plaintiff worked 42.25 hours for Defendants.

177. During the workweek ending on February 22, 2025, Plaintiff earned $607.25 in agreed upon wages and overtime wages.

178. During the workweek ending on February 22, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

179. During the workweek ending on February 22, 2025, Defendants failed to pay Plaintiff $156.31 in minimum wages.

180. During the workweek ending on February 22, 2025, Defendants failed to pay Plaintiff $457.25 in agreed upon and overtime wages.

181. During the workweek ending on March 1, 2025, Plaintiff worked 44.25 hours for Defendants.

182. During the workweek ending on March 1, 2025, Plaintiff earned $649.25 in agreed upon wages and overtime wages.

183. During the workweek ending on March 1, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

184. During the workweek ending on March 1, 2025, Defendants failed to pay Plaintiff $170.81 in minimum wages.

185. During the workweek ending on March 1, 2025, Defendants failed to pay Plaintiff $499.25 in agreed upon and overtime wages.

186. During the workweek ending on March 8, 2025, Plaintiff worked 41.25 hours for Defendants.

187.    During the workweek ending on March 8, 2025, Plaintiff earned $586.25 in agreed upon wages and overtime wages.

188.    During the workweek ending on March 8, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

189.    During the workweek ending on March 8, 2025, Defendants failed to pay Plaintiff $149.06 in minimum wages.

190.    During the workweek ending on March 8, 2025, Defendants failed to pay Plaintiff $436.25 in agreed upon and overtime wages.

191.    During the workweek ending on March 15, 2025, Plaintiff worked 43.75 hours for Defendants.

192.    During the workweek ending on March 15, 2025, Plaintiff earned $638.75 in agreed upon wages and overtime wages.

193.    During the workweek ending on March 15, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

194.    During the workweek ending on March 15, 2025, Defendants failed to pay Plaintiff $167.19 in minimum wages.

195.    During the workweek ending on March 15, 2025, Defendants failed to pay Plaintiff $488.75 in agreed upon and overtime wages.

196.    During the workweek ending on March 22, 2025, Plaintiff worked 53.5 hours for Defendants.

197.    During the workweek ending on March 22, 2025, Plaintiff earned $843.50 in agreed upon wages and overtime wages.

198.    During the workweek ending on March 22, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

199.    During the workweek ending on March 22, 2025, Defendants failed to pay Plaintiff $237.88 in minimum wages.

200.    During the workweek ending on March 22, 2025, Defendants failed to pay Plaintiff $693.50 in agreed upon and overtime wages.

201.    During the workweek ending on March 29, 2025, Plaintiff worked 44 hours for Defendants.

202.    During the workweek ending on March 29, 2025, Plaintiff earned $644.00 in agreed upon wages and overtime wages.

203.    During the workweek ending on March 29, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

204.    During the workweek ending on March 29, 2025, Defendants failed to pay Plaintiff $169.00 in minimum wages.

205.    During the workweek ending on March 29, 2025, Defendants failed to pay Plaintiff $494.00 in agreed upon and overtime wages.

206.    During the workweek ending on April 5, 2025, Plaintiff worked 44.5 hours for Defendants.

207.    During the workweek ending on April 5, 2025, Plaintiff earned $654.50 in agreed upon wages and overtime wages.

208.    During the workweek ending on April 5, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

209.   During the workweek ending on April 5, 2025, Defendants failed to pay Plaintiff $172.63 in minimum wages.

210.   During the workweek ending on April 5, 2025, Defendants failed to pay Plaintiff $504.50 in agreed upon and overtime wages.

211.   During the workweek ending on April 12, 2025, Plaintiff worked 46.75 hours for Defendants.

212.   During the workweek ending on April 12, 2025, Plaintiff earned $701.75 in agreed upon wages and overtime wages.

213.   During the workweek ending on April 12, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $50.00.

214.   During the workweek ending on April 12, 2025, Defendants failed to pay Plaintiff $288.94 in minimum wages.

215.   During the workweek ending on April 12, 2025, Defendants failed to pay Plaintiff $651.75 in agreed upon and overtime wages.

216.   During the workweek ending on April 19, 2025, Plaintiff worked 46.5 hours for Defendants.

217.   During the workweek ending on April 19, 2025, Plaintiff earned $696.50 in agreed upon wages and overtime wages.

218.   During the workweek ending on April 19, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $150.00.

219.   During the workweek ending on April 19, 2025, Defendants failed to pay Plaintiff $187.13 in minimum wages.

220.    During the workweek ending on April 19, 2025, Defendants failed to pay Plaintiff $546.50 in agreed upon and overtime wages.

221.    During the workweek ending on April 26, 2025, Plaintiff worked 43 hours for Defendants.

222.    During the workweek ending on April 26, 2025, Plaintiff earned $623.00 in agreed upon wages and overtime wages.

223.    During the workweek ending on April 26, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $0.00.

224.    During the workweek ending on April 26, 2025, Defendants failed to pay Plaintiff $311.75 in minimum wages.

225.    During the workweek ending on April 26, 2025, Defendants failed to pay Plaintiff $623.00 in agreed upon and overtime wages.

226.    During the workweek ending on May 3, 2025, Plaintiff worked 55 hours for Defendants.

227.    During the workweek ending on May 3, 2025, Plaintiff earned $875.00 in agreed upon wages and overtime wages.

228.    During the workweek ending on May 3, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $0.00.

229.    During the workweek ending on May 3, 2025, Defendants failed to pay Plaintiff $398.75 in minimum wages.

230.    During the workweek ending on May 3, 2025, Defendants failed to pay Plaintiff $875.00 in agreed upon and overtime wages.

231.     During the workweek ending on May 10, 2025, Plaintiff worked 51.5 hours for Defendants.

232.     During the workweek ending on May 10, 2025, Plaintiff earned $801.50 in agreed upon wages and overtime wages.

233.     During the workweek ending on May 10, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $0.00.

234.     During the workweek ending on May 10, 2025, Defendants failed to pay Plaintiff $373.38 in minimum wages.

235.     During the workweek ending on May 10, 2025, Defendants failed to pay Plaintiff $801.50 in agreed upon and overtime wages.

236.     During the workweek ending on May 17, 2025, Plaintiff worked 60 hours for Defendants.

237.     During the workweek ending on May 17, 2025, Plaintiff earned $980.00 in agreed upon wages and overtime wages.

238.     During the workweek ending on May 17, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $0.00.

239.     During the workweek ending on May 17, 2025, Defendants failed to pay Plaintiff $435.00 in minimum wages.

240.     During the workweek ending on May 17, 2025, Defendants failed to pay Plaintiff $980.00 in agreed upon and overtime wages.

241.     During the workweek ending on May 24, 2025, Plaintiff worked 40 hours for Defendants.

242.  During the workweek ending on May 24, 2025, Plaintiff earned $560.00 in agreed upon wages and overtime wages.

243.  During the workweek ending on May 24, 2025, for the work Plaintiff performed, Defendants paid Plaintiff $0.00.

244.  During the workweek ending on May 24, 2025, Defendants failed to pay Plaintiff $290.00 in minimum wages.

245.  During the workweek ending on May 24, 2025, Defendants failed to pay Plaintiff $560.00 in agreed upon and overtime wages.

246.  Defendants failed to pay Plaintiff minimum wages in each workweek Plaintiff worked for Defendants.

247.  Defendants failed to pay Plaintiff $10,191.94 in minimum wages since July 13, 2024.

248.  Despite working more than forty hours per week, Defendants failed to pay Plaintiff overtime premium compensation for each hour Plaintiff worked over forty in a workweek.

249.  Defendants failed to pay Plaintiff $1,748.25 in overtime premium wages since July 13, 2024.

250.  Defendants failed to pay Plaintiff agreed upon wages for each hour Plaintiff worked for Defendants.

251.  Defendants failed to pay Plaintiff $25,944.75 in agreed upon wages since July 13, 2024.

252.  In total, Defendants failed to pay Plaintiff $25,944.75 in unpaid wages.

253. Defendant Jacqueline Owens had control over the day-to-day operations of GFS.

254. Defendant Jacqueline Owens had control over the human resources and compensation aspects of GFS, including those compensation policies and practices alleged herein as they relate to Plaintiff.

255. Defendant Jacqueline Owens determined the rates and methods of compensation for Plaintiff and determined that Plaintiff would not be paid the agreed upon wage for all hours worked by Plaintiff, minimum wages for all hours worked by Plaintiff, and overtime premium compensation when Plaintiff worked more than forty hours in a workweek.

256. Defendant Gregory Owens had control over the day-to-day operations of GFS.

257. Defendant Gregory Owens had control over the human resources and compensation aspects of GFS, including those compensation policies and practices alleged herein as they relate to Plaintiff.

258. Defendant Gregory Owens determined the rates and methods of compensation for Plaintiff and determined that Plaintiff would not be paid the agreed upon wage for all hours worked by Plaintiff, minimum wages for all hours worked by Plaintiff, and overtime premium compensation when Plaintiff worked more than forty hours in a workweek.

## FIRST CLAIM FOR RELIEF:
## FAILURE TO PAY MINIMUM WAGES IN VIOLATION OF THE FAIR LABOR STANDARDS ACT

259. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

260. Defendants were an enterprise engaged in commerce within in the meaning of 29 U.S.C. § 203(s)(1)(B).

261. Defendants were employers within the meaning of 29 U.S.C. § 203(d).

262. Plaintiff was an employee of Defendants within the meaning of 29 U.S.C. § 203(e).

263. The FLSA requires covered employers to compensate all non-exempt employees at a rate of not less than $7.25 per hour.

264. Plaintiff is not exempt from the minimum pay requirements of the FLSA.

265. Defendants did not compensate Plaintiff at the applicable minimum wage.

266. The foregoing practice violates the FLSA.

267. Defendants' violation of the FLSA was willful.

268. Plaintiff suffered wage loss because of this violation.

**SECOND CLAIM FOR RELIEF:**
**FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE FAIR LABOR STANDARDS ACT**

269. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

270. The FLSA requires covered employers to compensate all non-exempt employees at a rate of not less than one-and-one-half times their regular rate of pay for work performed in excess of forty hours per workweek.

26

271. Plaintiff is not exempt from the overtime pay requirements of the FLSA.

272. Defendants did not pay Plaintiff overtime wages for work performed in excess of forty hours per week.

273. The foregoing practice violates the FLSA.

274. Defendants' violation of the FLSA was willful.

275. Plaintiff suffered wage loss because of this violation.

<u>THIRD CLAIM FOR RELIEF:</u>
**FAILURE TO PAY MINIMUM WAGES IN
VIOLATION OF WISCONSIN LAW**

276. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

277. Defendants have been, and continue to be, employers within the meaning of Wis. Stat. §§ 104.01(3) and 109.01(2).

278. Plaintiff was an employee of Defendants within the meaning of Wis. Stat. §§ 104.01(2) and 109.01(1r).

279. Wisconsin law requires employers to pay all non-exempt employees at a rate of not less than $7.25 per hour.

280. Plaintiff was not exempt from the minimum pay requirements of Wisconsin law.

281. Defendants did not compensate Plaintiff at the applicable minimum wage.

282. The foregoing practice violates Wisconsin law.

283. Defendants' violation of Wisconsin law was for dilatory or unjust reasons.

284. Plaintiff suffered wage loss because of this violation.

### FOURTH CLAIM FOR RELIEF:
### FAILURE TO PAY OVERTIME WAGES IN
### VIOLATION OF THE WISCONSIN LAW

285. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

286. Defendants have been, and continue to be, an employer within the meaning of Wis. Stat. §§ 103.001(6) and 109.01(2).

287. Plaintiff was an employee of Defendants within the meaning of Wis. Stat. §§ 103.001(5) and 109.01(1r).

288. Wisconsin law requires employers to compensate all non-exempt employees at a rate of not less than one-and-one-half times their regular rate of pay for work performed in excess of forty hours per workweek.

289. Plaintiff is not exempt from the overtime pay requirements of Wisconsin law.

290. Defendants did not pay Plaintiff overtime wages for work performed in excess of forty hours per week.

291. The foregoing practice violates Wisconsin law.

292. Defendants' violation of Wisconsin law was for dilatory or unjust reasons.

293. Plaintiff suffered wage loss because of this violation.

## FIFTH CLAIM FOR RELIEF:
## FAILURE TO PAY AGREED UPON WAGES IN VIOLATION OF THE WISCONSIN LAW

294. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

295. Defendants have been, and continue to be, an employer within the meaning of Wis. Stat. § 109.01(2).

296. Plaintiff was an employee of Defendants within the meaning of Wis. Stat. § 109.01(1r).

297. Wisconsin law requires an employer to pay employees all agreed upon wages.

298. Defendants agreed to compensate Plaintiff at a rate of $14.00 per hour.

299. Defendants failed to compensate Plaintiff at the agreed upon rate for all hours worked by Plaintiff.

300. The foregoing practice violates Wisconsin law.

301. Defendant's violation of Wisconsin law was for dilatory or unjust reasons.

302. Plaintiff suffered wage loss because of this violation.

ACCORDINGLY, Plaintiff demands the following relief:

A. Judgment against Defendants in an amount equal to unpaid wages at the applicable minimum, agreed-upon, and overtime rates owed to Plaintiff, totaling $25,944.75;

B. An award in the amount of all liquidated damages as provided under the FLSA in the amount of $10,191.94;

C.     An award of civil penalties as provided under Wisconsin law in the amount of $7,002.28;

D.     An award in the amount of all costs and attorneys' fees incurred in prosecuting these claims; and

E.     Such further relief as the Court deems just and equitable.

Dated: November 26, 2025

s/*Larry A. Johnson*
Larry A. Johnson, SBN 1056619
Connor J. Clegg, SBN 1118534
Attorneys for Plaintiff

Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:        ljohnson@hq-law.com
              cclegg@hq-law.com